UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLEN BRUNK,

           Plaintiff,

  v.

DIVURGENT,

           Defendant.

C16-1780 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion to withdraw as counsel brought by Dan J. Donlan of the Law Office of Dan J. Donlan, PLLC, docket no. 14, is GRANTED. Dan J. Donlan and the Law Office of Dan J. Donlan, PLLC, are hereby granted leave to withdraw as counsel of record for plaintiff Allen Brunk, effective immediately. If plaintiff wishes to be represented by counsel, he shall arrange for an attorney authorized to practice in this Court to file a notice of appearance on or before August 16, 2017. Absent timely filing of a notice of appearance, the Court will deem plaintiff as proceeding pro se in this litigation.

(2) Plaintiff is advised that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any change of address. Plaintiff is also advised that, if he proceeds pro se, he is expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to plaintiff pro se at 1004 Commercial Avenue, #252, Anacortes, Washington 98221.

Dated this 12th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2