UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLEN BRUNK,

                Plaintiff,

   v.

DIVURGENT,

                Defendant.

C16-1780 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Opposed Motion to Extend Discovery Deadline and Pre-Trial Scheduling Deadlines, docket no. 21 (the "Motion"), is GRANTED. The trial is continued to **Tuesday, May 29, 2018, at 9:00 a.m.** The remaining deadlines are also extended as follows:

| | |
|---|---|
| Discovery completed by | February 26, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 8, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | April 26, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | May 11, 2018 |
|---|---|
| Trial briefs and proposed findings of fact and conclusions of law, and designations of deposition testimony pursuant to CR 32(e) | May 11, 2018 |
| Pretrial conference to be held at **1:30 p.m.** on | May 18, 2018 |

    (2)    The parties are DIRECTED to serve any remaining discovery requests sufficiently early that all responses are due before the extended discovery deadline. *See* LCR 16(b)(2). If Defendant believes that it has already met its discovery obligations, it should file a motion for protective order. The parties shall confer prior to the filing of any discovery motions, which must be filed on or before the extended discovery deadline.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of December, 2017.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk